Wanda L. Ellert, Esq.
PROSKAUER ROSE LLP
One Newark Center
Newark, New Jersey 07102-5211
973.274.3200
wellert@proskauer.com
Attorneys for Plaintiff

RECEIVED

MAY - 5 2010

AT 8:30_____ M
WILLIAM T. WALSH
CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS plc,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION<br><br>　　　　　Defendant. | Civil Action No. 3:09-cv-03662 (FLW)(TJB)<br><br>**STIPULATION AND CONSENT ORDER EXTENDING TIME FOR PARTIES TO <u>SUBMIT JOINT DISCOVERY PLAN</u>** |

**PLEASE TAKE NOTICE** that Plaintiff British Telecommunications plc and Defendant Broadcom Corporation hereby stipulate and respectfully request that the Court issue an Order extending the deadline for the parties to submit a Joint Discovery Plan to the Court from May 4, 2010 to May 20, 2010, in anticipation of the May 25, 2010 scheduling conference currently scheduled in this action.

　　　　1.　　By Order of April 16, 2010, the Court directed the parties to submit a Joint Discovery Plan not less than three (3) weeks before the May 25, 2010 scheduling conference.

　　　　2.　　The parties have engaged in serious settlement discussions and are in the process of exchanging drafts of settlement terms. The parties believe that an extension of the time to submit a Joint Discovery Plan would help to facilitate settlement discussions and possibly avoid additional litigation expenses for the parties.

3.   Accordingly, the parties respectfully request an extension of time to submit a Joint Discovery Plan to the Court from May 4, 2010 to May 20, 2010.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff British Telecommunications plc and Defendant Broadcom Corporation, through their respective undersigned counsel, that with the Court's permission, the deadline for the parties to submit a Joint Discovery Plan is hereby extended to and including May 20, 2010.

**AGREED TO AND STIPULATED BY:**

| | |
|---|---|
| Dated: May 3, 2010 | Dated: May 3, 2010 |
| PROSKAUER ROSE LLP | DUANE MORRIS LLP |
| /s/Wanda L. Ellert, Esq. | /s/ Paul M. da Costa, Esq. |
| Wanda L. Ellert, Esq. | Paul M. da Costa, Esq. |
| One Newark Center | 744 Broad Street, Suite 1200 |
| Newark, NJ 07102 | Newark, NJ 07102-3889 |
| 973.274.3200 | 973.424.2000 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| British Telecommunications plc | Broadcom Corporation |

SO ORDERED:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

Dated: May ___, 2010

2657/15919-008 Current/18843110v1