# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | : | Civil Action No. 09-3662(FLW) |
| BRITISH TELECOMMUNICATIONS PLC. | : : | |
| Plaintiff, | : : : | **ORDER OF DISMISSAL** |
| v. | : : : | |
| BROADCOM CORPORATION Defendant. | : : : : | |

It having been reported to the Court that the above-captioned action has been settled in its entirety;

IT IS on this 20TH day of May, 2010;

ORDERED THAT:

(1) This action is hereby DISMISSED without costs and without prejudice to the right, upon motion and good cause shown, within 60 days, to reopen this action if the settlement is not consummated; and

(2) If any party shall move to set aside this Order of Dismissal as provided in the first paragraph or pursuant to the provisions of <u>Fed. R. Civ. P.</u> 60(b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

s/Freda L. Wolfson
Freda L. Wolfson
United States District Judge
